UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| HEIDI DAVONNE BROWN, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:24cv953 DRL-SJF |
| IVY TECH COMMUNITY COLLEGE, | |
| Defendant. | |

ORDER

On November 26, 2024, Heidi Davonne Brown filed a *pro se* complaint [1] and a motion for leave to proceed *in forma pauperis* [2]. Finding her complaint didn't meet federal pleading standards because it failed to state a claim or a basis for jurisdiction, *see* 28 U.S.C. § 1915(a)(1), the court denied Ms. Brown's motion, granted her leave until January 10, 2025 to amend her complaint to become compliant with the federal rules and refile her motion, and cautioned her that failure to comply with that deadline would result in the dismissal of her case without further notice [3].

With no amended complaint filed by the deadline, the court DISMISSES the case without prejudice and DIRECTS the clerk's office to terminate the case.

SO ORDERED.

January 20, 2025                                         *s/ Damon R. Leichty*
                                                          Judge, United States District Court