Heidi Davonne Brown
117 N. Lafayette Blvd
South Bend, Indiana
46601

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF INDIANA

# SOUTH BEND DIVISION

FILED - FEB 04, 2025 - PM12:12
US DISTRICT COURT
Northern District of Indiana
Chanda J. Berta - Clerk

HEIDI DAVONNE BROWN,

  Plaintiff.

vs.

IVY TECH COMMUNITY COLLEGE,

  Defendant.

## NOTICE OF APPEAL CIVIL ACTION NO. 3:24-CV-00953-DRL-SJF

COMES NOW, the Plaintiff, Pro Se, Heidi Davonne Brown as so requested, explanation of

LATE RESPONSE TO NOTICE OF APPEAL, originating case information is a follows:

District Court No:3:24-CV-00953-DRL-SJF , Northern District of Indiana, South Bend,

Division, Damon R Leichty, presiding Scott J Frankel, referral. Ms. Brown would like to start off

by taking full and total responsibility for her tardiness.

  a.  Ms. Brown is unfamiliar with the process of the courts. Ms. Brown seeks more

      understanding and knowledge related to the rules, regulations, and laws

      surrounding her cause.

b. Ms. Brown continues to represent herself ProSe, this includes not only the role of counsel, but detective, investigator, educator, and student. Ms. Brown asks the courts to have patience, and grant her the time she needs to not only heal but to bring forth justice as it is according to the law.

c. Ms. Brown seeks her own resources, references, and leads.

/Heidi Davonne Brown

/s/ Heidi Davonne Brown
Heidi Davonne Brown
117 N Lafayette Blvd.
South Bend, Indiana 46601
(574)900-3815

## CERTIFICATE OF SERVICE

I, Heidi Davonne Brown, certify that and correct copy of the foregoing **NOTICE OF APPEAL** has been electronically delivered to the United States District Court, Northern District of Indiana, South Bend Division on this 2nd day of February 2025.

/s/ Heidi Davonne Brown
Heidi Davonne Brown