APPEAL,CASREF,TERMED

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (South Bend)
## CIVIL DOCKET FOR CASE #: 3:24−cv−00953−DRL−SJF

| | |
|---|---|
| Brown v. Ivy Tech Community College | Date Filed: 11/26/2024 |
| Assigned to: Judge Damon R Leichty | Date Terminated: 01/20/2025 |
| Referred to: Magistrate Judge Scott J Frankel | Jury Demand: None |
| Cause: 42:1983 Civil Rights Act | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

| | |
|---|---|
| Discovery Deadline: | Settlement Conference: |
| Dispositive Motion Deadline: | Final Pretrial Conference: |
| Expert Discovery Deadline: | Trial Date: |

**Plaintiff**

**Heidi Davonne Brown**  represented by  **Heidi Davonne Brown**
117 N Lafayette Blvd
South Bend, IN 46601
(574) 298−9315
Email:
PRO SE

V.

**Defendant**

**Ivy Tech Community College**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/04/2025 | 10 | NOTICE OF APPEAL as to 7 Clerks Judgment, 6 Order Dismissing Case by Heidi Davonne Brown. (kmt) (Entered: 02/04/2025) |
| 02/04/2025 | 9 | RECEIPT of Notice of a Lawsuit and Request to Waive Service of a Summons from Heidi Davonne Brown. (kmt) (Entered: 02/04/2025) |
| 01/29/2025 | 8 | PROOF OF SERVICE Executed 1/27/2025 as to 7 Clerks Judgment, 6 Order Dismissing Case. (rmf) (Entered: 01/30/2025) |
| 01/21/2025 | 7 | CLERK'S ENTRY OF JUDGMENT. (Copy mailed to pro se party certified mail # 7099 3400 0003 4511 5117). (nhc) (Entered: 01/21/2025) |
| 01/20/2025 | 6 | ORDER: The court DISMISSES the case without prejudice and DIRECTS the clerk's office to terminate the case. Signed by Judge Damon R Leichty on 1/20/25. (Copy mailed to pro se party certified mail # 7099 3400 0003 4511 5117). (nhc) (Entered: 01/21/2025) |
| 01/17/2025 | 5 | |

|  |  |  |
|---|---|---|
|  |  | MOTION to Appoint Counsel, titled as Motion for Assistance with Recruiting Counsel, by Plaintiff Heidi Davonne Brown.(Captioned in error as 3:24−cv−906) (kmt) (Entered: 01/17/2025) |
| 01/17/2025 | 4 | NOTICE of Change of Address for Heidi Davonne Brown from 242 Rue Flambeau Apt 712 South Bend, IN 46615 to 117 N Lafayette Blvd., South Bend, IN 46601. (Captioned in error as 3:24−cv−906) (kmt) (Entered: 01/17/2025) |
| 12/17/2024 | 3 | ORDER: The court DENIES Ms. Brown's motion to proceed in forma pauperis without prejudice 2 , AFFORDS her leave to amend her complaint to become compliant with the federal rules and refile a motion to proceed in forma pauperis by 01/10/2025, and CAUTIONS her that failure to comply with this deadline, plead federal jurisdiction, pay the filing fee or file for in forma pauperis status, or file a rule−compliant complaint will result in the dismissal of her case without further notice because her current complaint doesn't state a claim or a basis for jurisdiction. Signed by Judge Damon R Leichty on 12/17/2024. (Copy mailed to pro se party) (jdb) (Entered: 12/19/2024) |
| 11/26/2024 | 2 | MOTION for Leave to Proceed in forma pauperis by Plaintiff Heidi Davonne Brown. (jld) (Entered: 11/26/2024) |
| 11/26/2024 | 1 | PRO SE COMPLAINT against Ivy Tech Community College, filed by Heidi Davonne Brown. (Attachments: # 1 Exhibits)(jld) (Entered: 11/26/2024) |

Heidi Davonne Brown
117 N. Lafayette Blvd
South Bend, Indiana
46601

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF INDIANA

SOUTH BEND DIVISION

FILED - FEB 04, 2025 - PM12:12
US DISTRICT COURT
Northern District of Indiana
Chanda J. Berta - Clerk

HEIDI DAVONNE BROWN,

Plaintiff.

vs.

IVY TECH COMMUNITY COLLEGE,

Defendant.

## NOTICE OF APPEAL CIVIL ACTION NO. 3:24-CV-00953-DRL-SJF

COMES NOW, the Plaintiff, Pro Se, Heidi Davonne Brown as so requested, explanation of LATE RESPONSE TO NOTICE OF APPEAL, originating case information is a follows:

District Court No:3:24-CV-00953-DRL-SJF , Northern District of Indiana, South Bend, Division, Damon R Leichty, presiding Scott J Frankel, referral. Ms. Brown would like to start off by taking full and total responsibility for her tardiness.

    a. Ms. Brown is unfamiliar with the process of the courts. Ms. Brown seeks more understanding and knowledge related to the rules, regulations, and laws surrounding her cause.

b. Ms. Brown continues to represent herself ProSe, this includes not only the role of counsel, but detective, investigator, educator, and student. Ms. Brown asks the courts to have patience, and grant her the time she needs to not only heal but to bring forth justice as it is according to the law.

c. Ms. Brown seeks her own resources, references, and leads.

/Heidi Davonne Brown

/s/ Heidi Davonne Brown
Heidi Davonne Brown
117 N Lafayette Blvd.
South Bend, Indiana 46601
(574)900-3815

**CERTIFICATE OF SERVICE**

I, Heidi Davonne Brown, certify that and correct copy of the foregoing *NOTICE OF APPEAL* has been electronically delivered to the United States District Court, Northern District of Indiana, South Bend Division on this 2nd day of February 2025.

/s/ Heidi Davonne Brown
Heidi Davonne Brown

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

HEIDI DAVONNE BROWN,

        Plaintiff,

v.                                  CAUSE NO. 3:24cv953 DRL-SJF

IVY TECH COMMUNITY COLLEGE,

        Defendant.

### ORDER

On November 26, 2024, Heidi Davonne Brown filed a *pro se* complaint [1] and a motion for leave to proceed *in forma pauperis* [2]. Finding her complaint didn't meet federal pleading standards because it failed to state a claim or a basis for jurisdiction, *see* 28 U.S.C. § 1915(a)(1), the court denied Ms. Brown's motion, granted her leave until January 10, 2025 to amend her complaint to become compliant with the federal rules and refile her motion, and cautioned her that failure to comply with that deadline would result in the dismissal of her case without further notice [3].

With no amended complaint filed by the deadline, the court DISMISSES the case without prejudice and DIRECTS the clerk's office to terminate the case.

SO ORDERED.

January 20, 2025                                      *s/ Damon R. Leichty*
                                                             Judge, United States District Court

AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

HEIDI DAVONNE BROWN
    Plaintiff

v.   Civil Action No. 3:24-cv-953

IVY TECH COMMUNITY COLLEGE
    Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Damon R. Leichty.

DATE:   1/21/2025            CHANDA J. BERTA, CLERK OF COURT

                                            by      s/N. Corle_____
                                            *Signature of Clerk or Deputy Clerk*