# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**NOTICE OF DOCKETING - Short Form**

February 4, 2025

**To:** Chanda J. Berta
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 25-1167
>
> Caption:
> HEIDI DAVONNE BROWN,
>      Plaintiff - Appellant
>
> v.
>
> IVY TECH COMMUNITY COLLEGE,
>      Defendant - Appellee
>
> District Court No: 3:24-cv-00953-DRL-SJF
> District Judge Damon R. Leichty
> Clerk/Agency Rep Chanda J. Berta
>
> Date NOA filed in District Court: 02/04/2025

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)