# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## CIRCUIT RULE 3(b) FEE NOTICE

March 5, 2025

| No. 25-1167 | HEIDI DAVONNE BROWN, <br> Plaintiff - Appellant <br><br> v. <br><br> IVY TECH COMMUNITY COLLEGE, <br> Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:24-cv-00953-DRL-SJF <br> Northern District of Indiana, South Bend Division <br> District Judge Damon R. Leichty <br> Clerk/Agency Rep Chanda J. Berta ||

This court's records indicate that on March 4, 2025 the District Court denied your motion to proceed in forma pauperis. Pursuant to Federal Rule of Appellate Procedure 24(a),

**WITHIN THE NEXT THIRTY (30) DAYS YOU MUST EITHER:**

1. Pay the required $600.00 docketing fee PLUS the $5.00 notice of appeal filing fee ( $605.00 TOTAL) to the District Court Clerk. The Court of Appeals cannot accept this fee. You should keep a copy of the receipt for your records.

2. File a motion to proceed on appeal in forma pauperis with the Court of Appeals. An original and three (3) copies of that motion is required. This motion must be supported by a sworn affidavit in the form of a sworn statement listing your assets and income.

**IF ONE OF THE ABOVE ACTIONS IS NOT TAKEN WITHIN 30 DAYS FROM THE DATE LISTED ABOVE, YOUR CASE WILL BE DISMISSED, PURSUANT TO CIRCUIT RULE 3(b).**

form name: **c7_Rule3b_Notice_Sent**   (form ID: **145**)