# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 18, 2025

To: Chanda J. Berta
UNITED STATES DISTRICT COURT
Northern District of Indiana
South Bend, IN 46601-0000

| | |
|---|---|
| No. 25-1167 | HEIDI DAVONNE BROWN,<br>            Plaintiff - Appellant<br><br>v.<br><br>IVY TECH COMMUNITY COLLEGE,<br>            Defendant - Appellee |
| **Originating Case Information:** ||
| District Court No: 3:24-cv-00953-DRL-SJF<br>Northern District of Indiana, South Bend Division<br>District Judge Damon R. Leichty ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                          Circuit Rule 3(c)

STATUS OF THE RECORD:                                  no record to be returned

form name: **c7_Mandate**     (form ID: **135**)