# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

March 18, 2025

*By the Court*:

**CERTIFIED COPY**
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| No. 25-1167 | HEIDI DAVONNE BROWN,<br>Plaintiff - Appellant<br><br>v.<br><br>IVY TECH COMMUNITY COLLEGE,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:24-cv-00953-DRL-SJF<br>Northern District of Indiana, South Bend Division<br>District Judge Damon R. Leichty ||

Pursuant to Circuit Rule 3(c), a Docketing Statement must be filed within seven (7) days of the filing of the notice of appeal. The appellant failed to do so. The court issued a show cause order directing that the appellant file a Docketing Statement within fourteen (14) days of the date of the order or face a fine and/or dismissal of the appeal. To date, the appellant has not filed the required Docketing Statement.

**IT IS ORDERED** that this cause is **DISMISSED** for failure to comply with Circuit Rule 3(c).

form name: **c7_FinalOrderWMandate**   (form ID: **137**)